# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 2, 2021

162077 & (62)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

NAEL HAYDAW,
   Plaintiff-Appellee,

and

PRIORITY PHYSICAL THERAPY AND
REHABILITATION, LLC, and MICHIGAN
PAIN MANAGEMENT, PLLC,
   Intervening Plaintiffs,

v

FARM BUREAU INSURANCE COMPANY,
   Defendant-Appellant.

SC: 162077
COA: 345516
Wayne CC: 16-012992-NF

_____/

  On order of the Court, the application for leave to appeal the July 9, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The Insurance Alliance of Michigan's motion for leave to file an amicus curiae brief is DENIED as moot.

  ZAHRA and CLEMENT, JJ., would grant leave to appeal.



  I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2021



Clerk

b0526